| | |
|---|---|
| LAWRENCE G. BROWN<br>United States Attorney<br>JOHN K. VINCENT<br>SEAN C. FLYNN<br>Assistant U.S. Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, California  95814<br>Telephone: (916) 554-2700 | **FILED**<br>OCT 15 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   CASE NO. 2:09-CR--437 MCE
                            )
              Plaintiff,    )
                            )
        v.                  )   ORDER TO SEAL
                            )   (UNDER SEAL)
SAEED UR RAHMAN,            )
                            )
              Defendant.    )
_____)

GOOD CAUSE APPEARING THEREFORE, this Court hereby orders that the Indictment, the Petition to Seal Indictment, and this Order in the above-captioned case, shall be sealed until the arrest or self-surrender of the defendant, or until further order of the Court.

DATED: October 15, 2009

KIMBERLY J. MUELLER
United States Magistrate Judge

1