**FILED**

OCT 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2 09 - CR - - 437 MCE |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SEALED, ) | |
| ) | |
| Defendant. ) | |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the first arrest of a defendant in this case or further order of the Court.

DATED: 10/15/09

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge