1  LAWRENCE G. BROWN
   United States Attorney
2  JOHN K. VINCENT
   SEAN C. FLYNN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700

5

6

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,        )   CASE NO. 2:09-CR-437-MCE
12                                    )
                       Plaintiff,     )
13                                    )
    v.                                )   PETITION TO UNSEAL INDICTMENT
14                                    )   AND ORDER THEREON
                                      )
15  SAEED UR RAHMAN,                  )
                                      )
16                     Defendant.     )
                                      )
17  _____)

18
        Defendant SAEED UR RAHMAN surrendered himself to the United
19
    States Marshal on this date.  The United States therefore requests
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

                                    1

1  that this Court unseal the Indictment in the above-captioned case.

2  DATED: October 20, 2009

                                    Respectfully Submitted,

3
                                    LAWRENCE G. BROWN
4                                   United States Attorney

5
                              By, /s/ John K. Vincent
6                                 JOHN K. VINCENT
                                  Assistant U.S. Attorney
7

8

9

10
                              O R D E R
11

12
        IT IS SO ORDERED.
13

14  DATED: October 20, 2009

15

16

17  _____
    U.S. MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                    2