**FILED**
October 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-437 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| SAEED UR RAHMAN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Saeed Rahman , Case 2:09-cr-437 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

**X**   Secured bond in the amount of $75,000.00 to be secured by 3 separate real properties within two weeks. Defendant & surety signed agreement to forfeit property today .

__   Appearance Bond with 10% Deposit

__   Appearance Bond secured by Real Property

__   Corporate Surety Bail Bond

**X**   (Other)  Pretrial conditions/supervision; defendant to surrender passport by close of business on October 20, 2009.

Issued at  Sacramento, CA  on 10/20/09 ___ at  3:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge