MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:     (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-cr-0437 MCE |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY; ORDER THEREON** |
| v. ) | Date: November 10, 2009 |
| ) | Time: 2:00 p.m. |
| SAEED UR RAHMAN ) | Judge: DALE A. DROZD |
| Defendant. ) | |

Defendant hereby substitutes out the Office of The Federal Defender and replaces in their stead the Law Offices of Mark J. Reichel, SBN 155034, 455 Capitol Mall, 3rd Floor Suite 350, Sacramento, CA 95814 (916) 498 9258. The Law Offices of Mark J. Reichel has been retained by the defendant SAEED RAHMAN.

The following individual signatories hereby consent and agree to this substitution:

/////

/////

/////

Substitution of attorney                    1

I, SAEED UR RAHMAN request the court to substitute in Mr. Reichel as my attorney of record in this case.

DATED: November 9, 2009        /S/SAEED UR RAHMAN
                               SAEED UR RAHMAN
                               Defendant

I agree and accept this substitution.

DATED: November 9, 2009

                               /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for Defendant

I agree to this substitution.

                               DANIEL J. BRODERICK
                               FEDERAL PUBLIC DEFENDER

DATED: November 9, 2009.       /s/MARK J. REICHEL for
                               MATTHEW C. BOCKMON
                               Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.** The Office of The Federal Defender is relieved as counsel for Mr. Rahman and Mr. Reichel is hereby substituted in as counsel of record.

DATED: November 9, 2009.

                               _____
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rahman0437.subatty

Substitution of attorney                     2