```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SAEED UR RAHMAN
```

FILED

NOV 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SAEED UR RAHMAN,<br><br>   Defendant. | NO. CR-S-09-0437 MCE<br><br>STIPULATION AND [~~PROPOSED~~] 2nd ORDER TO EXTEND TIME TO POST PROPERTY BOND<br><br>Judge: Dale A. Drozd |

   On October 20, 2009, the Honorable Kimberly J. Mueller ordered Mr. Rahman released on a $75,000.00 property bond, said property bond to be posted no later than the close of business on November 3, 2009.

   On November 3, 2009, defense counsel requested additional time to post the property bond. This Court granted defendant, without objection by the government, an additional two weeks to post the property bond;

   On November 16, 2009, defense counsel submitted the property bond packet to the government for review/approval;

   On November 17, 2009, defense counsel contacted Sean Flynn of the U.S. Attorney's office to inquire as to the status of the bond packet.

1  Attorney Sean Flynn advised defense counsel that additional time to
2  review the bond documents would be needed as lead attorney John Vincent
3  was out of the office.
4     Accordingly, the parties hereby stipulate that the deadline for
5  posting the property bond may be extended one additional week, to
6  November 24, 2009.

7

8  Dated: November 17, 2009          Respectfully submitted,
9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Matthew C. Bockmon
11                                   _____
                                     MATTHEW C. BOCKMON
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   SAEED UR RAHMAN

14

15 Dated: November 17, 2009          BENJAMIN B. WAGNER
                                     United States Attorney
16
                                     /s/ Sean Flynn
17                                   _____
                                     SEAN FLYNN
18                                   Assistant U.S. Attorney

19

20                              O R D E R

21

22 IT IS SO ORDERED.
23 Dated: November 17, 2009

24

25                                   _____
                                     DALE A. DROZD
26                                   United States Magistrate Judge

27

28

Stip & Order                              2