MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00437-MCE |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| v. | |
| | Date: February 25, 2010 |
| | Time: 9:00 a.m. |
| SAEED UR RAHMAN | Judge: MORRISON C. ENGLAND |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JONATHAN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for February 25, 2010.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, and the defense is still reviewing the discovery and will be researching for motions to file.

///

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 25, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: February 11, 2010.        Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant


                                 BENJAMIN WAGNER
                                 United States Attorney

DATED: February 11, 2010.        /s/MARK J. REICHEL for:
                                 JONATHAN K. VINCENT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: February 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE