MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-437 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| v. ) | **THEREON** |
| ) | |
| ) | Date: May 13, 2010 |
| ) | Time: 9:00 a.m. |
| SAEED UR RAHMAN ) | Judge: MORRISON C. ENGLAND |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for May 13, 2010.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching for motions to file.  As well, defense counsel has retained the services of another attorney to assist in the case, specifically, a Certified Immigration Specialist to

1  consult on the consequences of this case for the defendant's
2  immigration status.  The appointments are set for the other attorney
3  and the defendant's immigration paperwork and file is being obtained
4  for her review.
5       As well, defense counsel is in a 10 days trial in federal court in
6  San Jose starting March 23, 2010, <u>U.S. v. Labboun</u>, and will be
7  otherwise involved in that matter.
8       Accordingly, all counsel and defendant agree that time under the
9  Speedy Trial Act from the date this stipulation is lodged, through May
10 13, 2010 should be excluded in computing the time within which trial
11 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §
12 3161 (H)(7)(B)(iv) and Local Code T4.
13 DATED: February 24, 2010.      Respectfully submitted,
14                                MARK J. REICHEL, ESQ.
15                                /s/ MARK J. REICHEL
                                  MARK J. REICHEL
16                                Attorney for defendant
17
18                                BENJAMIN WAGNER
                                  United States Attorney
19
20 DATED: February 24, 2010.      /s/MARK J. REICHEL for:
                                  JOHN K. VINCENT
21                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
22
23
24
25
26
27
28

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3