MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br><br>SAEED UR RAHMAN,<br><br>            Defendant. | Case No. 09-437 MCE<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date: June 24, 2010<br>Time: 9:00 a.m.<br>Judge: MORRISON C. ENGLAND |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for June 24, 2010.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching for motions to file. Accordingly, the time between May 13, 2010 and June 24, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties

stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

DATED: May 14, 2010.

        Respectfully submitted,

        MARK J. REICHEL, ESQ.

        /s/ MARK J. REICHEL
        MARK J. REICHEL
        Attorney for defendant

        BENJAMIN WAGNER
        United States Attorney

DATED: May 14, 2010.        /s/MARK J. REICHEL for:
        JOHN K. VINCENT
        Assistant U.S. Attorney
        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: May 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE