MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00437 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| v. | ) ) | |
| | ) ) ) | Date: December 16, 2010 Time: 9:00 a.m. Judge: MORRISON C. ENGLAND |
| SAEED UR RAHMAN | ) ) | |
| Defendant. | | |
| _____ | | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for December 16, 2010.

This continuance is requested at defense counsel's request as defense counsel needs adequate time to prepare potential defenses for the case and to propose appropriate settlement offers to the United States, as well as the defense is still reviewing the discovery and will be researching for motions to file.

1 | As well, defense counsel has retained the services of another attorney
2 | to assist in the case, specifically, a Certified Immigration Specialist
3 | to consult on the consequences of this case for the defendant's
4 | immigration status.  The appointments have been made and attended by
5 | the client and defense counsel and additional review and work is being
6 | done in that area as well, and the defendant's immigration paperwork
7 | and file is being reviewed.

As well, defense counsel has just finished a 10 day jury trial in federal court in Sacramento in U.S. v. Watters, 09-198 JAM and has been otherwise involved in that matter. The jury is still deliberating on November 8, 2010.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 16, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: November 12, 2010.        Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 /s/ MARK J. REICHEL
                                 MARK J. REICHEL
                                 Attorney for defendant


                                 BENJAMIN WAGNER
                                 United States Attorney

DATED: November 12, 2010.        /s/MARK J. REICHEL for:
                                 JOHN K. VINCENT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: November 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE