MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00437 |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **BRIEFING SCHEDULE; ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| | ) | Date: April 14, 2011 |
| | ) | Time: 9:00 a.m. |
| SAEED UR RAHMAN | ) | Judge: MORRISON C. ENGLAND |
| | ) | |
| Defendant. | | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the briefing schedule and hearing thereon be vacated and re calendared as follows:

   Filing of Defense briefs: March 14, 2011

   Opposition pleadings:     March 31, 2011

   Reply pleadings:          April 7, 2011

   Hearing on motions:       April 14, 2011

1    This continuance is requested as defense counsel needs adequate
2 time to prepare for the case, and the defense is still reviewing the
3 discovery and will be researching for motions to file.  As well,
4 defense counsel has a petition for certiorari due very soon and must
5 concentrate resources in that regard.
6    Accordingly, all counsel and defendant agree that time under the
7 Speedy Trial Act from the date this stipulation is lodged, through
8 April 14, 2011 should be excluded in computing the time within which
9 trial must commence under the Speedy Trial Act, pursuant to Title 18
10 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: March 7, 2011.          Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for defendant


                               BENJAMIN WAGNER
                               United States Attorney

DATED: March 7, 2011.          /s/MARK J. REICHEL for:
                               JOHN K. VINCENT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

2

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3