MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-437 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING; ORDER** |
| v. ) | **THEREON** |
| ) | |
| ) | Date: MAY 5, 2011 |
| ) | Time: 9:00 a.m. |
| SAEED UR RAHMAN ) | Judge: MORRISON C. ENGLAND |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing shall be re calendared to May 5, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case. Defense counsel was involved for the last 3 weeks in the drafting and filing of a petition for certiorari to the Supreme Court and a Opening Brief following trial in the Ninth Circuit Court of Appeals and unable to finalize negotiations on this case.

Stip and Order

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date of March 15, 2011 through May 5, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: April 18, 2011.          Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant


                                BENJAMIN WAGNER
                                United States Attorney

DATED: April 18, 2011.          /s/MARK J. REICHEL for:
                                JOHN K. VINCENT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                                    2