MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
SAEED UR RAHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-00437 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **BRIEFING SCHEDULE; ORDER** |
| v. ) | **THEREON** |
| ) | |
| ) | Date: May 19, 2011 |
| ) | Time: 9:00 a.m. |
| SAEED UR RAHMAN ) | Judge: MORRISON C. ENGLAND |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JOHN K. VINCENT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the status hearing be re calendared for May 19, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching matters.  As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Stip and Order

1  Accordingly, all counsel and defendant agree that time under the
2 Speedy Trial Act from the date this stipulation is lodged, through May
3 19, 2011 should be excluded in computing the time within which trial
4 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §
5 3161(h)(7)(B)(iv) and Local Code T4.  The parties further stipulate
6 that the ends of justice served by granting this continuance outweigh
7 the best interests of the public and the defendant in a speedy trial.
8 18 U.S.C. §3161(h)(7)(A).  Assistant U.S. Attorney Vincent has
9 authorized Mr. Reichel to sign this pleading for him.

DATED: May 10, 2011.                Respectfully submitted,

                                    MARK J. REICHEL, ESQ.

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for defendant


                                    BENJAMIN WAGNER
                                    United States Attorney

DATED: May 10, 2011.                /s/MARK J. REICHEL for:
                                    JOHN K. VINCENT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stip and Order                              2

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from the date this stipulation is lodged through May 19, 2011 shall be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                                3