1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  SAEED UR RAHMAN

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. 2:09-CR-00437-MCE
                                )
12           Plaintiff,         )  **STIPULATION TO CONTINUE**
                                )  **BRIEFING SCHEDULE; ORDER**
13      v.                      )  **THEREON**
                                )
14                              )  Date: June 9, 2011
                                )  Time: 9:00 a.m.
15 SAEED UR RAHMAN              )  Judge: MORRISON C. ENGLAND
                                )
16           Defendant.
17 _____

18    **IT IS HEREBY STIPULATED** by and between the parties hereto through

19 their respective counsel, JOHN K. VINCENT, Assistant United States

20 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

21 for defendant, that the present dates for the status hearing be re

22 calendared for June 9, 2011.

23    This continuance is requested as defense counsel needs adequate

24 time to prepare for the case, and the defense is still reviewing the

25 discovery and will be researching matters.  As well, defense counsel

26 will be in negotiations with the government in an effort to resolve the

27 case.

28

1  Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 9, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Assistant U.S. Attorney Vincent has authorized Mr. Reichel to sign this pleading for him.

DATED: May 18, 2011.              Respectfully submitted,

                                  MARK J. REICHEL, ESQ.

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for defendant


                                  BENJAMIN WAGNER
                                  United States Attorney

DATED: May 18, 2011.              /s/MARK J. REICHEL for:
                                  JOHN K. VINCENT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

Stip and Order                                   2

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from the date this stipulation is lodged through June 9, 2011 shall be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                                            3