BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-437-MCE |
| ) Plaintiff, ) | |
| ) v. ) | ORDER RE: GOVERNMENT'S MOTION TO SEAL ATTACHMENTS |
| ) SAEED UR RAHMAN, ) | |
| ) Defendant. ) ) | |

After reviewing the motion of the United States to seal Attachments A-N, which were attached to the government's Sentencing Memorandum filed on November 1, 2012 in the above-captioned action, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT Attachments A-N shall be filed under seal until further order of this Court.

IT IS SO ORDERED.

Date:  November 2, 2012

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

for MORRISON C. ENGLAND, Jr.
United States District Judge

1